IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LOUIS WYATT BRANSON,**

    Plaintiff,

vs.                                                                        CASE NO. 4:08CV198-MP/AK

**WALTER MCNEIL, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Summons and copies of the local rules. (Doc. 5). Plaintiff is a prisoner and has been advised by previous Order that he must pay the full filing fee or file a motion for leave to proceed without prepayment of court costs and provide his inmate account information by July 12, 2008. No summons will be issued as the United States Marshals Service will serve the complaint on his behalf if he submits the necessary information. Plaintiff has also been advised by the Clerks Office by separate notice of the costs of copying the local rules. Consequently, the motion (doc. 5) is **DENIED.**

**DONE AND ORDERED** this 30th day of May, 2008.

                                          s/ A Kornblum
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**