# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LOUIS WYATT BRANSON,**

    **Plaintiff,**

v.                                           **CASE NO. 4:08-cv-198-MP/AK**

**WALTER MCNEIL, et al,**

    **Defendants.**

_____/

## O R D E R

Plaintiff has responded to the show cause order and moved for an order from the Court preventing additional funds from being collected as court costs. These funds are authorized by statute, 28 U.S.C. §1915, and the fees will continue to be collected until the court costs are paid in full. Consequently, the motion (doc. 12) is **DENIED.**

As an additional matter, Plaintiff has filed suit against the Secretary of the DOC and all representatives of Taylor Correctional Institution for not making a photograph available to him. (Doc. 1). Plaintiff must assert federal or constitutional claims and identify those persons who violated his rights. He has no "right" to a photograph, and has identified no person whom he alleges took any specific actions with regard to this photograph. The clerk will be directed to mail to him another form complaint, but he is warned that a frivolous lawsuit may be dismissed and counted as a strike against him which may preclude him from bringing lawsuits on more serious matters in the future. See 28 U.S.C. §1915(g).

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion (doc. 12) is **DENIED**.

2.  The Clerk of Court shall mail to Plaintiff another form complaint, which he shall complete and file as an "amended complaint" on or before **December 12, 2008.**

3.  Failure to comply with this order will result in a recommendation to the district judge that this case be dismissed.

**DONE AND ORDERED** this  *12th*  day of October, 2008.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**