IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOUIS WYATT BRANSON,

    Plaintiff,

v.                                      CASE NO. 4:08-cv-00198-MP-AK

WALTER A MCNEIL,
et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to state a claim. The time for filing objections has passed, and none have been filed. The Plaintiff asserts claims under § 1983 asserting that the Department of Corrections deprived Plaintiff of his property by failing to honor a photo ticket and by failing to credit his account $50.00 he received as a gift. The Court agrees with the Magistrate Judge that the proper vehicle for pursuing these claims is a post-deprivation state court action, rather than a federal civil rights action. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.
    2.    This case is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and the clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this _4th_ day of June, 2009

                                    *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge